

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2021

No. 04-21-00098-CR

Isaac **CARDENAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR10269
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

On June 28, 2021, this court issued an order informing appellant that his pro se brief was due on August 12, 2021. On July 29, 2021, appellant filed a pro se motion for an extension of time based on his belief that his brief was due July 25, 2021.

Although appellant's pro se brief is not yet due, in the interest of justice, his motion is GRANTED. Appellant's pro se brief is due **no later than September 13, 2021**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of July, 2021.

_____
Michael A. Cruz,
Clerk of Court